■ ERICK IDONA, Appellant, v MANHATTAN PLAZA, INC., Respondent, et al., Defendant. [46 NYS3d 872]—

Order, Supreme Court, Bronx County (Julia I. Rodriguez, J.), entered June 28, 2016, which, insofar as appealed from as limited by the briefs, denied plaintiff's motion for partial summary judgment on the issue of liability on his Labor Law § 240 (1) claim, unanimously reversed, on the law, without costs, and the motion granted.

Plaintiff's testimony that he fell from scaffolding materials stacked atop the surface of a flatbed truck, about 10 feet above the ground, and that he was not provided with a safety device that would have prevented his fall, was sufficient to establish his entitlement to partial summary judgment on his Labor Law § 240 (1) claim (*see e.g. Phillip v 525 E. 80th St. Condominium*, 93 AD3d 578 [1st Dept 2012]). Although plaintiff was wearing a safety harness at the time of the accident, there was no place on the truck where the harness could be secured. Concur—Friedman, J.P., Richter, Kapnick and Kahn, JJ.